UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CORNELIUS LUCID,
          Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
          Defendant.
------------------------------------------------------------x

**ORDER**

21 CV 5214 (VB) (JCM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/21

      By Order dated September 13, 2021 (Doc. #9), the Court directed the parties to notify the Court by September 27, 2021 whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

      The parties have not complied with the Court's Order.

      By October 15, 2021, counsel for the defendant must <u>either</u> advise the Court whether all parties consent to a referral to the magistrate judge, attaching the fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, <u>or</u> advise the Court that all parties do not consent.

Dated: October 8, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge